# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 948 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Robin Brooks vs. Bhanumathi Rangachari, et al. | | |

**DOCKET ENTRY TEXT**

The United States is substituted as defendant in lieu of Bhanumathi Rangachari and Lalitha Ramamurthy. After careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a proper amended federal complaint after the plaintiff has properly exhausted her remedies under the Federal Torts Act pursuant to the certification filed under 28 U.S.C. §2679.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|